UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Magistrate No.: 04-812M** |
| | : | |
| v. | : | Criminal No.: |
| | : | |
| **GREGORY A. MOFFITT** | : | **UNDER SEAL** |
| | : | |
| **Defendant** | : | |

**O R D E R**

This matter comes before the Court upon the Government's Motion to Seal Information in the above captioned case. For the reasons stated therein, it is this ____ day of September 2006,

ORDERED that the Government's Motion to Seal Information is GRANTED; and

IT IS FURTHER ORDERED that the Information, the Government's Motion to Seal Information and this Order shall remain sealed until further Order of this Court or until the defendant in related criminal case number 06-259 is arrested.

IT IS FURTHER ORDERED that, when the defendant in criminal case number 06-259 is arrested, the government's motion and this Order shall be deemed unsealed.


Date:_____        _____
                                 REGGIE B. WALTON
                                 United States District Judge

copy to:

David C. Woll, Jr
Assistant United States Attorney.
Jonathan R. Barr
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, NW
Washington, D.C. 20530