UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal No. 06-262 (RBW) |
| GREGORY MOFFITT, | ) ) | UNDER SEAL |
| Defendant. | ) ) ) | |

### DEFENDANTS' UNOPPOSED MOTION FOR
### TRAVEL EXPENSES PURSUANT TO 18 U.S.C. § 4285

Defendant Gregory Moffitt, through counsel, hereby moves this Court to enter the attached Order, which will authorize and direct the marshal to make travel arrangements designed to bring Mr. Moffitt from Houston, Texas, to the next court date, his Rule 11 plea hearing, which is currently scheduled for **October 25, 2006 at 1:30p**, and to return him home after the hearing.

Mr. Moffitt is represented by court-appointed counsel.  Pursuant to 18 U.S.C. § 4285, this Court may

> direct the United States marshal to arrange for [an indigent defendant's] means of noncustodial transportation or furnish the fare for such transportation to the place where his appearance is required, and in addition may direct the United States marshal to furnish that person with an amount of money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of title 5, United States Code.

Accordingly, Mr. Moffitt respectfully requests that the Court enter the attached unopposed Order directing the marshal to make appropriate arrangements to facilitate his appearance in court for the plea hearing on October 25 and his return to Houston after her Court

appearance.

>Respectfully submitted,
>A.J. KRAMER
>FEDERAL PUBLIC DEFENDER
>
>_____"/s/"_____
>JONATHAN S. JEFFRESS
>Assistant Federal Public Defender
>625 Indiana Avenue, N.W., Suite 550
>Washington, DC  20004
>(202) 208-7500