UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 06-262 (RBW) |
| | ) | |
| GREGORY MOFFITT, | ) | UNDER SEAL |
| | ) | |
| Defendant. | ) | |

## ORDER

Good cause having been shown, it is this _____ day of September, 2006,

**ORDERED** that pursuant to 18 U.S.C. § 4285, the Marshal's Service is to arrange for noncustodial transportation for the defendant to and from the plea hearing scheduled for October 25, 2006, and to provide the defendant "with an amount of money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of title 5, United States Code." 18 U.S.C. § 4285.

BY THE COURT:

_____
THE HONORABLE REGGIE B. WALTON
United States District Court Judge

Copies to:

David Woll, Esquire

Jonathan Jeffress, Esquire

United States Marshal's Service