UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES : | |
| : | |
| v. : | No. 06-262 (RBW) |
| : | |
| GREGORY A. MOFFITT : | **UNDER SEAL** |
| : | |
| : | |

**GOVERNMENT'S MOTION TO SEAL PROCEEDINGS**

The United States of America, by its attorney, the United States Attorney for the District of Columbia, hereby moves the Court to seal the proceedings in this case as well as the Government's Motion to Seal, this Court's Order Sealing the proceedings, and all documents which will be filed in the case until defendant Marc Duchesne is arrested or until further order of the Court. In support of this motion, the government states:

1.  The sealing of this proceeding and the documents filed in this proceeding is necessary in order to prevent a defendant, Marc Duchesne, who has been indicted under seal in a related matter from fleeing to avoid prosecution in that matter. United States v. Marc Duchesne, 06-259. Defendant Gregory Moffitt has executed a cooperation plea agreement in which he has agreed to cooperate in the investigation and prosecution of Marc Duchesne. The defendant Marc Duchesne presently is outside the United States in the United Kingdom. Immediate public disclosure of the guilty plea of Gregory Moffitt, the documents filed in connection with the plea or the fact that Gregory Moffitt is cooperating with authorities would create a substantial risk of flight from prosecution by defendant Marc Duchesne either by staying outside the United States or by leaving again if he returns before he is arrested.

1

2.   Accordingly, the government submits that under <u>Post v. Robinson</u>, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991), these facts present an extraordinary situation and a compelling governmental interest which justify the sealing of these proceedings, as well as the Government's Motion to Seal, this Court's Order Sealing the proceedings, and all documents which will be filed in the case until the defendant Marc Duchesne is arrested or until further order of the Court.

WHEREFORE, the government respectfully requests that this motion be granted and all proceedings in this case, this Government's Motion to Seal, this Court's Sealing Order, and all documents which will be filed in this case be sealed until the defendant Marc Duchesne is arrested or until further order of the Court.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By: _____
David C. Woll, Jr.
Assistant U.S. Attorney
DC Bar No. 452454
(202) 514-4250
Jonathan R. Barr
Assistant U.S. Attorney
D.C. Bar No. 437334
(202) 514-9620
555 4th Street, N.W., 5th Floor
Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | No. 06-262 (RBW) |
| | : | |
| GREGORY A. MOFFITT | : | **UNDER SEAL** |
| | : | |
| | : | |

**O R D E R**

This matter comes before the Court upon the government's Motion to Seal Proceedings in the above captioned case. For the reasons stated therein, it is this 25th day of October 2006,

ORDERED that the government's Motion to Seal is GRANTED; and

IT IS FURTHER ORDERED that all proceedings in this case, as well as the Government's Motion to Seal, this Court's Order Sealing the proceedings, and all documents which will be filed in the case BE SEALED until the defendant Marc Duchesne is arrested or until further order of the Court.

Date:_____          _____
                                    REGGIE B. WALTON
                                    UNITED STATES DISTRICT JUDGE

copy to:

Jonathan R. Barr
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, NW, Room 5241
Washington, D.C.  20530