AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court  FILED

_____ DISTRICT OF _____

OCT 2 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
v.

Gregory A. Moffitt

## WAIVER OF INDICTMENT

CASE NUMBER: 06-262

Under Seal

I, __GREGORY A. MOFFITT__, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __10/25/2006__ prosecution by indictment and consent that the
                                 Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
       Judicial Officer