UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | Criminal No. 06-262 (RBW) |
| | : | |
| GREGORY A. MOFFITT | : | **UNDER SEAL** |
| | : | |
| | : | |

**UNOPPOSED MOTION BY THE UNITED STATES TO CONTINUE THE MARCH 16, 2007 STATUS HEARING FOR 160 DAYS.**

The United States of America, by its attorney, the United States Attorney for the District of Columbia, moves the Court to continue the March 16, 2007 status hearing in this matter for 160 days for the reasons set forth below.  Counsel for defendant has informed the United States that he and his client agree that a continuance should be sought, and that they do not oppose the Government's Motion to Continue.

Defendant Gregory Moffitt pled guilty pursuant to a plea agreement on October 25, 2006, to an information charging one count of Conspiracy to Commit Securities Fraud in violation of 18 U.S.C. § 371.  At the plea hearing, the Court set a status hearing in this matter for February 23, 2007, at 9:30 a.m.  The Court later continued the hearing to March 16, 2007 at 11:45 a.m.  The plea agreement executed by the United States and defendant Moffitt included an agreement by Mr. Moffitt to cooperate with the United States.  It is expected that Mr. Moffitt will testify at the trial of Marc Duchesne, whose case is under seal and who has yet to be apprehended.  Mr. Moffitt is continuing to cooperate with the United States.

Accordingly, the United States respectfully requests that the March 16, 2007 status hearing be continued for 160 days.

          Respectfully submitted,

          JEFFREY A. TAYLOR
          United States Attorney

By: _____
     Jonathan R. Barr
     Assistant U.S. Attorney
     D.C. Bar No. 437334
     (202) 514-9620
     555 4th Street, N.W., 5th Floor
     Washington, D.C. 20530

## CERTIFICATE OF SERVICE

I hereby certify that on this ____ day of March 2007, I have caused a copy of the Unopposed Motion by the United States to Continue the March 16, 2007 Status Hearing for 160 Days to be served by first class mail to counsel for defendant at the following address:

     Jonathan Jeffress, Esq.
     Assistant Federal Public Defender
     Federal Public Defender for the District of Columbia
     625 Indiana Ave., NW, Suite 550
     Washington, D.C. 20004

_____
Jonathan R. Barr
Assistant United States Attorney