UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | No. 06-262 (RBW) |
| | : | |
| GREGORY A. MOFFITT | : | **UNDER SEAL** |
| | : | |
| | : | |

**O R D E R**

This matter comes before the Court upon the Unopposed Motion by the United States to Continue the status hearing scheduled for March 16, 2007, at 11:45 a.m. for 160 days. For the reasons stated therein, it is this _____ day of March 2007,

ORDERED that the Unopposed Motion by the United States to Continue the March 16, 2007 Status Hearing is GRANTED; and

IT IS FURTHER ORDERED that the March 16, 2007 status hearing is hereby continued to _____  _____, 2007, at _____ (a.m./p.m.)


Date:_____         _____
                                 REGGIE B. WALTON
                                 UNITED STATES DISTRICT JUDGE


copy to:

Jonathan R. Barr                      Jonathan Jeffress, Esq.
Assistant United States Attorney      Assistant Federal Public Defender
U.S. Attorney's Office                625 Indiana Ave., NW, Suite 550
555 4th Street, NW, Room 5241         Washington, D.C.  20004
Washington, D.C.  20530