UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | No. 06-262 (RBW) |
| GREGORY A. MOFFITT | : | UNDER SEAL |

FILED
MAR 15 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

This matter comes before the Court upon the Unopposed Motion by the United States to Continue the status hearing scheduled for March 16, 2007, at 11:45 a.m. for 160 days. For the reasons stated therein, it is this 15th day of March 2007,

ORDERED that the Unopposed Motion by the United States to Continue the March 16, 2007 Status Hearing is GRANTED; and

IT IS FURTHER ORDERED that the March 16, 2007 status hearing is hereby continued to August 22nd, 2007, at 9:30 (a.m./p.m.)

Date: March 15, 2007

REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

copy to:

Jonathan R. Barr
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, NW, Room 5241
Washington, D.C. 20530

Jonathan Jeffress, Esq.
Assistant Federal Public Defender
625 Indiana Ave., NW, Suite 550
Washington, D.C. 20004

1