UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | No. 06-262 (RBW) |
| | : | |
| GREGORY A. MOFFITT | : | **UNDER SEAL** |
| | : | |

**UNOPPOSED MOTION BY THE UNITED STATES TO UNSEAL
INDICTMENT AND PROCEEDINGS**

The United States of America, by its attorney, the United States Attorney for the District of Columbia, hereby moves the Court to unseal the Indictment and all proceedings in this criminal action for the reasons set forth below. Counsel for defendant Gregory A. Moffitt has been contacted, and does not oppose the United States' motion to unseal.

Defendant Gregory A. Moffitt pled guilty pursuant to a plea agreement on October 25, 2006, to an information charging one count of Conspiracy to Commit Securities Fraud in violation of 18 U.S.C. § 371. The plea agreement executed by the United States and defendant Moffitt included an agreement by Mr. Moffitt to cooperate with the United States. It is expected that Mr. Moffitt will testify at the trial of Marc Duchesne, whose case is under seal.[1] The above captioned criminal action against defendant Moffitt was placed under seal pending the arrest of Marc Duchesne.

It is the Government's understanding that Mr. Duchesne has recently been arrested by authorities in Switzerland on Swiss charges. A Swiss government official has indicated that pursuant to a previous request by the United States, the Swiss intend also to execute a provisional

---

[1] The United States has separately filed a motion to request that defendant Duchesne's criminal action also be unsealed.

arrest of Mr. Duchesne related to the charges against Mr. Duchesne in the United States. Mr. Duchesne has informed the Swiss Government that he will not agree to extradition to the United States. Accordingly, the United States is in the process of formalizing written extradition papers for Mr. Duchesne. It is unclear how long it will take to litigate the United States' application for the extradition of Mr. Duchesne. However, given that Mr. Duchesne is currently being detained in Switzerland and is aware of the charges in the United States, there is no longer a compelling reason to keep this matter under seal.

Accordingly, the United States respectfully requests that the Indictment and all proceedings in this criminal action be unsealed.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By: _____
Jonathan R. Barr
Assistant U.S. Attorney
D.C. Bar No. 437334
(202) 514-9620
555 4th Street, N.W., 5th Floor
Washington, D.C. 20530

**Certificate of Service**

I hereby certify that on this ____ day of September 2007, I have caused a copy of theUnopposed Motion of the United States to Unseal the Indictment and All Proceedings to be served by first class mail to counsel for defendant at the following address:

>John Jeffress, Esq.
>Assistant Public Defender
>Office of the Federal Public Defender for the District of Columbia
>625 Indiana Ave., NW, Suite 550
>Washington, D.C.  20004

>_____
>Jonathan R. Barr
>Assistant United States Attorney