UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | No. 06-262 (RBW) |
| | : | |
| GREGORY A. MOFFITT | : | **UNDER SEAL** |
| | : | |
| | : | |

## O R D E R

This matter comes before the Court upon the government's Unopposed Motion to Unseal the Indictment and Proceedings in this Criminal Action. For the reasons stated therein, it is this ____ day of _____ 2007,

ORDERED that the government's Unopposed Motion to Unseal the Indictment and Proceedings in this Criminal Action is hereby GRANTED; and

IT IS FURTHER ORDERED that the Indictment and all proceedings in this criminal action be unsealed.

Date:_____     _____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

copy to:

Jonathan R. Barr
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, NW, Room 5241
Washington, D.C. 20530

John Jeffress, Esq.
Assistant Federal Public Defender
625 Indiana Ave., NW, Suite 550
Washington, D.C. 20004