# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Criminal No. 06-262 (RBW)** |
| | **:** | |
| **GREGORY A. MOFFITT,** | **:** | |
| | **:** | |
| | **:** | |

## JOINT MOTION TO CONTINUE THE DECEMBER 14, 2007
## STATUS HEARING FOR 180 DAYS

The United States of America, by its attorney, the United States Attorney for the District of Columbia, and defendant Gregory Moffitt jointly move the Court to continue the currently scheduled December 14, 2007, status hearing in this matter for 180 days for the reasons set forth below.

Defendant Gregory Moffitt pled guilty pursuant to a plea agreement on October 25, 2006, to an information charging one count of Conspiracy to Commit Securities Fraud in violation of 18 U.S.C. § 371. At the plea hearing, the Court set a status hearing in this matter for February 23, 2007, at 9:30 a.m. The Court later continued the hearing to March 16, 2007, and thereafter to December 14, 2007, at 2:00 p.m. The plea agreement executed by the United States and defendant Moffitt included an agreement by Mr. Moffitt to cooperate with the United States. It is expected that Mr. Moffitt will testify at the trial of Marc Duchesne (United States v. Marc Duchesne, 06-cr-259 (RBW) when Mr. Duchesne's presence is obtained in the United States.

It is the Government's understanding that Mr. Duchesne has been arrested by authorities in Switzerland on Swiss charges, and is being held. The United States has requested that the Swiss government execute a provisional arrest of Mr. Duchesne on U.S. charges should he be released. Mr. Duchesne has informed the Swiss Government that he will not agree to extradition to the United States. Accordingly, the United States is in the process of formalizing written extradition papers for

Mr. Duchesne.  It is unclear how long it will take to litigate the United States' application for the extradition of Mr. Duchesne.  The United States has been informed that the United Kingdom will also seek the extradition of Mr. Duchesne.

Accordingly, the United States and defendant Moffitt respectfully request that the December 14, 2007 status hearing be continued for 180 days.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By:      _____/S/_____
          Jonathan R. Barr
          Assistant U.S. Attorney
          D.C. Bar No. 437334
          (202) 514-9620
          555 4th Street, N.W., 5th Floor
          Washington, D.C. 20530


          A. J. KRAMER
          Federal Public Defender

By:      _____/S/_____
          Jonathan Jeffress, Esq.
          Assistant Federal Public Defender
          625 Indiana Ave., NW, Suite 550
          Washington, D.C.  20004