**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No. 06-262 (RBW)** |
| | : | |
| **GREGORY A. MOFFITT,** | : | |
| | : | |
| | : | |

**O R D E R**

This matter comes before the Court upon the Joint Motion to Continue the December 14,

2007 Status Hearing at 2:00 p.m. for 180 days.  For the reasons stated therein, it is this _____

day of _____ 2007,

ORDERED that the Joint Motion to Continue the December 14, 2007 Status Hearing

for 180 Days is GRANTED; and

IT IS FURTHER ORDERED that the December 14, 2007 status hearing is hereby continued

to _____, 2008, at _____ (a.m./p.m.)


Date:_____          _____
                                 REGGIE B. WALTON
                                 UNITED STATES DISTRICT JUDGE


copy to:

Jonathan R. Barr                 Jonathan Jeffress, Esq.
Assistant United States Attorney Assistant Federal Public Defender
U.S. Attorney's Office           625 Indiana Ave., NW, Suite 550
555 4th Street, NW, Room 5241    Washington, D.C.  20004
Washington, D.C.  20530