**FILED**

NOV 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| v. | : | Criminal No. 06-262 (RBW) |
| | : | |
| GREGORY A. MOFFITT, | : | |
| | : | |
| | : | |

## ORDER

This matter comes before the Court upon the Joint Motion to Continue the December 14, 2007 Status Hearing at 2:00 p.m. for 180 days. For the reasons stated therein, it is this 30th day of November 2007,

ORDERED that the Joint Motion to Continue the December 14, 2007 Status Hearing for 180 Days is GRANTED; and

IT IS FURTHER ORDERED that the December 14, 2007 status hearing is hereby continued to June 13, 2008, at 10:30 (a.m./p.m.)

Date: November 30, 2007

REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

copy to:

Jonathan R. Barr
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, NW, Room 5241
Washington, D.C. 20530

Jonathan Jeffress, Esq.
Assistant Federal Public Defender
625 Indiana Ave., NW, Suite 550
Washington, D.C. 20004