# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 06-262 (RBW) |
| | : | |
| v. | : | |
| | : | |
| GREGORY A. MOFFITT, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney, James A. Mitzelfeld, at telephone number: (202) 514-7131 and/or email address: James.Mitzelfeld@usdoj.gov. Assistant United States Attorney Mitzelfeld will substitute for Assistant United States Attorney Jonathan R. Barr as counsel for the United States.

Respectfully submitted,

JEFFREY A TAYLOR
UNITED STATES ATTORNEY


       /s/
JAMES A. MITZELFELD
ASSISTANT UNITED STATES ATTORNEY
555 Fourth Street, N.W.
Room 5824
Washington, D.C.  20530
(202) 514-7131
Fax: (202) 305-8537
James.Mitzelfeld@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22ND day of February, 2008, a copy of the Notice of Substitution of Counsel was served by electronic mail on counsel for the defendant:

> Jonathan Jeffress
> FEDERAL PUBLIC DEFENDER
> 625 Indiana Avenue, NW
> Suite 550
> Washington, DC 20004
> (202) 208-7500
> jonathan_jeffress@fd.org

        /s/
JAMES A. MITZELFELD
Assistant United States Attorney