UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES : | |
| : | |
| v. : | Criminal No. 06-262 (RBW) |
| : | |
| GREGORY A. MOFFITT : | |
| : | |
| : | |

**JOINT MOTION TO CONTINUE JUNE 13, 2008 STATUS HEARING FOR 180 DAYS**

The United States of America, by its attorney, the United States Attorney for the District of Columbia, and defendant Gregory A. Moffitt, by and through his attorney, move the Court to continue the June 13, 2008 status hearing in this matter for 180 days for the reasons set forth below.

Defendant Gregory A. Moffitt pled guilty pursuant to a plea agreement on October 25, 2006, to an information charging one count of Conspiracy to Commit Securities Fraud in violation of 18 U.S.C. § 371. At the plea hearing, the Court set a status hearing in this matter for February 23, 2007, which was thereafter continued to March 16, 2007, August 22, 2007, December 14, 2007, and then continued again until 10:30 a.m. Friday June 13, 2008. The plea agreement executed by the United States and defendant Moffitt included an agreement by Mr. Moffitt to cooperate with the United States in its case against Marc Duchesne. (See United States v. Duchesne, District Court No. 06-cr-00259-RBW.) It is expected that Mr. Moffitt will testify at the trial of Mr. Duchesne, who remains in custody in the United Kingdom pending criminal charges there on unrelated fraud charges, and his eventual extradition to the United States.

1

It is the Government's understanding that Mr. Duchesne was originally arrested by authorities in Switzerland on Swiss charges. After Mr. Duchesne informed the Swiss Government that he would not consent to extradition to the United States, he was then extradited to the United Kingdom at the latter country's request and appeared before a magistrate in London on December 12, 2007, regarding fraud charges in the U.K. unrelated to those he was indicted on in the United States. According to an FBI official in London, Mr. Duchesne is currently being held at Wandsworth Prison in London on fraud charges, and he is due to appear before the Horseferry Road Magistrate's Court on June 13, 2008, with his trial scheduled to begin in January 2009.

The United States is in the process of formalizing written extradition papers to have Mr. Duchesne returned to the United States to face charges on the Indictment, which was unsealed at the Government's request on October 1, 2007 after Mr. Duchesne's arrest in Europe. It is unclear how long it will take to litigate the United States' application for the extradition of Mr. Duchesne. His return to the United States may also be delayed if Mr. Duchesne must first face a trial in the United Kingdom, which is the customary practice for a British citizen charged in both countries.

Mr. Moffitt is continuing to cooperate with the United States. Accordingly, the United States and defendant Gregory A. Moffitt respectfully request that the June 13, 2008 status

hearing be continued for 180 days.

                                        Respectfully submitted,

                                        JEFFREY A. TAYLOR
                                        United States Attorney

By:    ___/s/_____
          James A. Mitzelfeld
          Assistant U.S. Attorney
          555 4th Street, N.W., 5th Floor
          Washington, D.C. 20530
          (202) 514-7131
          Email: james.mitzelfeld@usdoj.gov

          ___/s/_____
          Jonathan S. Jeffress, Esq.
          Assistant Federal Public Defender
          Federal Public Defender for
          the District of Columbia
          625 Indiana Ave., NW, Suite 550
          Washington, D.C.  20004
          Email:  jonathan_jeffress@fd.org

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 9th day of June, 2008, a copy of the Joint Motion to Continue June 13, 2008 Status Hearing for 180 Days was served by electronic mail on counsel for the defendant:

      Jonathan S. Jeffress, Esq.
      Assistant Federal Public Defender
      Federal Public Defender for the District of Columbia
      625 Indiana Ave., NW, Suite 550
      Washington, D.C.  20004
      jonathan_jeffress@fd.org

                                                /s/
                                JAMES A. MITZELFELD
                                Assistant United States Attorney