UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| v. | : | No. 06-262 (RBW) |
| | : | |
| **GREGORY A. MOFFITT** | : | |
| | : | |
| | : | |

**O R D E R**

This matter comes before the Court upon the Joint Motion of the United States and the defendant to continue the status hearing scheduled for June 13, 2008 at 10:30 a.m. for 180 days. For the reasons stated therein, it is this _____ day of June 2008,

ORDERED that the Joint Motion by the United States to Continue the June 13, 2008 Status Hearing is GRANTED; and

IT IS FURTHER ORDERED that the June 13, 2008 status hearing is hereby continued to _____ _____, 2008, at _____ (a.m./p.m.)

Date:_____          _____
                                 REGGIE B. WALTON
                                 UNITED STATES DISTRICT JUDGE

copy to:

James A. Mitzelfeld
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, NW, Room 5824
Washington, D.C. 20530
Email: james.mitzelfeld@usdoj.gov

Jonathan S. Jeffress, Esq.
Assistant Federal Public Defender
625 Indiana Ave., NW, Suite 550
Washington, D.C. 20004
Email: jonathan_jeffress@fd.org