UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 1 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES      :
                   :
v.                 :   No. 06-262 (RBW)
                   :
GREGORY A. MOFFITT :
                   :
                   :

### ORDER

This matter comes before the Court upon the Joint Motion of the United States and the defendant to continue the status hearing scheduled for June 13, 2008 at 10:30 a.m. for 180 days. For the reasons stated therein, it is this 10th day of June 2008,

ORDERED that the Joint Motion by the United States to Continue the June 13, 2008 Status Hearing is GRANTED; and

IT IS FURTHER ORDERED that the June 13, 2008 status hearing is hereby continued to February 6th, 2009, at 9:00 (a.m./p.m.)

Date: Jun 10, 2008

REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

copy to:

James A. Mitzelfeld
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, NW, Room 5824
Washington, D.C. 20530
Email: james.mitzelfeld@usdoj.gov

Jonathan S. Jeffress, Esq.
Assistant Federal Public Defender
625 Indiana Ave., NW, Suite 550
Washington, D.C. 20004
Email: jonathan_jeffress@fd.org